## Thomas, Appellant, v. Provident Indemnity Life Insurance Company.

Argued November 12, 1968. *Daniel Brocki*, with him *Dunn, Wolford & Sesler*, for appellant; *John A. Spaeder*, with him *Marsh, Spaeder, Baur, Spaeder & Schaaf*, for appellee.

Judgment affirmed.

### December 12, 1968

## Commonwealth v. Allen, Appellant.

Argued November 11, 1968. *Edwin J. Martin*, with him *Goehring, Martin, Rutter & Boehm*, for appellant; no argument was made nor brief submitted for appellee.

Order affirmed.